### GANSEVOORT DE DEWANDELAER vs. ADAM H. HAGER et al.

Motion to set aside default, etc. denied with costs, for the reason that the motion should have been made before : too much delay.

*Motion by defendant Hager to set aside default and subsequent proceedings.*—This suit was commenced early in April last, and judgment perfected therein by default on the 3d of May last.  Defendant's agent, who resides in New York, who has charge of the subject matter of this

suit, did not get the declaration, which was served on defendant, (who resides in Schoharie county,) until judgment had been perfected. That immediately on learning of a judgment, he took measures to make application at August term, to set same aside, but not being able to procure the necessary papers, the motion was not made until September special term, when the same was denied, with costs, without prejudice, on the ground, that no sufficient excuse was shown for not making the motion at the August term. After September term, he took measures to procure the necessary papers for the motion, and did not succeed in getting them completed until the middle of October.

M. T. REYNOLDS, *Defts Counsel.*          JOHN W. EDMONDS, *Defts Atty.*
N. HILL, Jr., *Plff's Counsel.*          R. H. CUSHNEY, *Plff's Atty.*
*Per Curiam.*—Too late, should have moved before.
*Decision.*—Motion denied, with costs.